G. A. JOHNSTON v. STATE.

Nos. A-1042, A-1043, A-1047.   Opinion Filed January 4, 1912.

Appeals from Coal County Court; R. H. Wells, Judge.

G. A. Johnston was convicted of violations of the prohibitory law, and appeals.   Three cases.   Affirmed.

Charles T. Gibson, for plaintiff in error.

Smith C. Matson, and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   No material errors appearing from the records, the judgments of the trial court are hereby affirmed.

---

J. W. GOINS v. STATE.

No. A-1001.   Opinion Filed January 4, 1912.

Appeal from Payne County Court; P. D. Mitchell, Judge.

PER CURIAM.   J. W. Goins, plaintiff in error, was convicted of a violation of the ordinance of the city of Stillwater, prohibiting the possession of intoxicating liquor with the unlawful intention of disposing of the same, and was sentenced to serve a term of thirty days in the city jail and pay a fine of fifty dollars.   The judgment and sentence was entered on November 28, 1910.   To reverse this judgment an appeal was perfected.   The plaintiff in error has filed a written statement requesting that his appeal be dismissed.   The appeal is therefore dismissed.   Mandate to issue forthwith.

---

JOHN BEGLEY v. STATE.

No. A-1131.   Opinion Filed January 4, 1912.

Appeal from Stephens County Court; W. H. Admire, Judge.

PER CURIAM.   John Begley, plaintiff in error, was convicted of a violation of the prohibition law and on January 26, 1911, was sentenced to serve a term of thirty days in the county jail, and to pay a fine of five hundred dollars.   An appeal was attempted to be taken by filing in this court on May 5, 1911, a petition in error with case-made, which was beyond the limit of time allowed by law to take an appeal. Wherefore this court did not acquire jurisdiction; for which reason the attempted appeal is hereby dismissed.   Mandate to issue forthwith.